# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-2440

_____

United States of America

*Plaintiff - Appellee*

v.

Rita Frances Hunter

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Joplin

_____

Submitted: December 23, 2013
Filed: December 26, 2013
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

After Rita Hunter pleaded guilty to document fraud in violation of 18 U.S.C. §§ 1001 and 2, the district court[1] imposed a sentence of 12 months and 1 day in

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

prison and 3 years of supervised release, and ordered Hunter to pay $120,000 in restitution. On appeal, Hunter's counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the imposition of restitution.

We conclude that the court did not plainly err in imposing restitution for the uncontested amount of pecuniary loss to Medicaid, the victim of Hunter's fraud. See 18 U.S.C. § 3663A(a)(1), (c)(1)(A)-(B); United States v. Schmidt, 675 F.3d 1164, 1167-69 (8th Cir. 2012) ("victims" owed restitution include governmental agencies); United States v. Louper-Morris, 672 F.3d 539, 566 (8th Cir. 2012) (standard of review).

Further, having independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. We therefore affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____